K&L GATES LLP
One Newark Center - Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
Attorneys for Defendants
Microsoft Corporation and Michele Gammer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITCHELL SCHLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and MICHELE GAMMER,<br><br>    Defendants. | Civil Action No: 08-3589 (DRD)<br><br>Honorable Dickinson R. Debevoise, U.S.D.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between plaintiff *pro se* Mitchell Schley and the attorneys for defendants Microsoft Corporation and Michele Gammer that the Complaint and all claims against defendants Microsoft Corporation, its related entities and Michele Gammer are dismissed with prejudice and without costs or expenses being awarded to any party.

MITCHELL SCHLEY
Plaintiff *Pro Se*

By: _/s/ M. Schley_____
  Mitchell Schley, Plaintiff *Pro Se*

Dated: __July 22__, 2009

K&L GATES LLP
Attorneys for Defendants Microsoft
Corporation and Michele Gammer

By: _/s/ Rosemary Alito_____
  Rosemary Alito, Esq.

Dated: __July 30__, 2009

NW-225839 v7